**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 10 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

CASE NO. 5:19-cv-00132-DPM

Jury Trial: ☐ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

    A.   Name of plaintiff: Justin Gregory
          ADC # _____

          Address: 106 S. Charlotte Street Fordyce, AR 71742

          Name of plaintiff: _____
          ADC # _____

          Address: _____

This case assigned to District Judge Marshall
and to Magistrate Judge Harris

          Name of plaintiff: _____
          ADC # _____

          Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

    B.   Name of defendant: Chuck Barker

          Position: Investigator

          Place of employment: Dallas County Sheriff office

          Address: 106 S charlotte Street Fordyce, AR, 71742

          Name of defendant: _____

          Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

|   |   |   |
|---|---|---|
| | ☐ | Court (if federal court, name the district; if state court, name the county): _____ |
| | ☐ | Docket Number: _____ |
| | ☐ | Name of judge to whom case was assigned: _____ |
| | ☐ | Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ |
| | ☐ | Approximate date of filing lawsuit: _____ |
| | ☐ | Approximate date of disposition: _____ |

IV.   Place of present confinement: __Dallas county Detention center__

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

   ✓   in jail and still awaiting trial on pending criminal charges

   _____   serving a sentence as a result of a judgment of conviction

   _____   in jail for other reasons (e.g., alleged probation violation, etc.)
      explain: _____
      _____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

      Yes _____   No ✓

   B.   Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes _____  No ✓

If not, why? Because he works for Dallas county Sheriff office Grievance goes to Dallas county Detention center

VII. Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I'm Sueing Investigator Chuck Barker for Entrapment Investigator chuck Barker 2 seprate Skout profiles to entrap me. One of age and another underage. Investigator chuck Barker was using a 18 year old and older Dating site to entrap me which is Skout Dating site I was on. When he relized I wasin't going out to me for the profile he created of who was underage he then made another profile of age to get me out. Both profiles were made on a 18 years and older Dating site the site is Skout

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want confersation for my time in Jail and charges Dropped

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

_____
Signature(s) of plaintiff(s)

-8-

Justin Gregory
106 S charLotte street
Fordyce, AR, 71742



ORIGINATED FROM
DALLAS COUNTY DETENTION CENTER

Pro se clerk
600 west capitol Avenue Room A149
LittleRock, AR, 72201

ORIGINATED FROM
DALLAS COUNTY DETENTION CENTER