IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLURR DIVISION

JUSTIN GREGORY                                              PLAINTIFF

v.                    No. 5:19-cv-132-DPM

CHUCK BARKER, Investigator,                                 DEFENDANT
Dallas County Sheriff's Office

## JUDGMENT

Gregory's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 July 2019